1  Aaron D. Langberg (SBN 284975)
   alangberg@fisherphillips.com
2  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2050
3  San Francisco, CA  94111
   Telephone: (415) 490-9000
4  Facsimile:  (415) 490-9001

5  Attorneys for Defendant
   PRB MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PRB MANAGEMENT, LLC, as an entity and doing business as "Taco Bell #020815", and DOES 1-50, Inclusive,<br><br>　　　　　　Defendant. | CASE NO.: 2:18-cv-03258-JAM-CKD<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TIME TO FILE RESPONSIVE PLEADING**<br><br>Complaint Filed:　　December 23, 2018 |

Plaintiff CYNTHIA HOPSON ("Plaintiff") and Defendant PRB MANAGEMENT, LLC, ("Defendant") by their respective counsel, submit this Joint Stipulation to provide Defendant PRB MANAGEMENT, LLC with an additional extension of time of fourteen (14) days, until March 14, 2019, to file a responsive pleading to Plaintiff's Complaint.

This Stipulation is not being submitted for the purpose of undue delay or for any improper purpose and will provide the parties an opportunity to explore the possibility of an early settlement. In addition, this Stipulation will not impact any existing scheduling dates.

///

///

## JOINT STIPULATION

**WHEREAS**, Plaintiff has filed the above-captioned action against Defendant on December 23, 2018;

**WHEREAS**, Plaintiff served the Complaint on Defendant on January 10, 2019;

**WHEREAS**, Defendant's original responsive pleading deadline was January 31, 2019;

**WHEREAS**, Plaintiff and Defendant previously stipulated and agreed to allow Defendant an additional four weeks (28 days) to file a responsive pleading pursuant to Local Rule 144(a), making Defendant's responsive pleading deadline February 28, 2019;

**WHEREAS**, Plaintiff and Defendant are actively engaged in settlement negotiations and wish to extend the time for Defendant to file a responsive pleading and additional fourteen days to facilitate negotiations without incurring unnecessary attorneys' fees or costs.

**THEREFORE**, Plaintiff and Defendant stipulate to the following terms:

1. Defendant's deadline to file a responsive pleading in this matter shall be March 14, 2019.

**IT IS SO JOINTLY STIPULATED.**

DATED:  February 28, 2019        FISHER & PHILLIPS LLP


By:*/s/ Aaron D. Langberg*
    Aaron D. Langberg
    Attorneys for Defendant
    PRB MANAGEMENT, LLC


DATED: February 28, 2019         DANIEL MALAKAUSKAS, ESQ.


By: */s/ Daniel Malakauskas*
    *(as authorized on February 28, 2019)*
    Daniel Malakauskas
    Attorney for Plaintiff
    CYNTHIA HOPSON

1 **ORDER**

2 Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the time for

3 Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to March 14, 2019.

4 **IT IS SO ORDERED.**

6 Dated: 2/28/2019   /s/ John A. Mendez
   UNITED STATES DISTRICT JUDGE